FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED

2007 FEB 22  A 9: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Name** _TONY CURTIS BROACH_

**Prison Number** _136351_

**Place of Confinement** _G.K. FOUNTAIN CORR. FAC. 3800_
_ATMORE ALABAMA 36503_

United States District Court _MIDDLE_ District of _ALABAMA_

Case No. _2:07 CV 158-MEF_

(To be supplied by Clerk of U. S. District Court)

_TONY CURTIS BROACH_, PETITIONER

(Full name) (Include name under which you were convicted)

_WARDEN JERRY FERRELL_, RESPONDENT

(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _ALABAMA_

_JUDGE TRACY McCOOEY, AL. DEPARTMENT OF CORRECTIONS_, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be
served in the future, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the future
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury.  Any false statement of a material
fact may serve as the basis for prosecution and conviction for perjury.
All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83,
the 8-½ x 11 inch paper size standard for use throughout the federal
judiciary and directed the elimination of the use of legal size paper.  All
pleadings, etc. filed after 12/31/82 must be on 8-½ x 11 inch paper, otherwise
we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which
you rely upon to support your grounds for relief. No citation of authorities
need be furnished. If briefs or arguments are submitted, they should be
submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to
proceed <u>in forma pauperis</u>, in which event you must execute the declaration
on the last page, setting forth information establishing your inability to
prepay the fees and costs or give security therefor. If you wish to proceed
<u>in forma pauperis</u>, you must have an authorized officer at the penal institution
complete the certificate as to the amount of money and securities on deposit
to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition.
If you seek to challenge judgments entered by different courts either in the
same state or in different states, you must file separate petitions as to
each court.

(6) Your attention is directed to the fact that you must include all grounds for
relief and all facts supporting such grounds for relief in the petition you
file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies must be</u>
mailed to the Clerk of the United States District Court whose address is
P. O. Box 711, Montgomery, Alabama  36101

(8) Petitions which do not conform to these instructions will be returned with
a notation as to the deficiency.

   *If you are proceeding in forma pauperis, only the original petition needs to
   be filed with the Court.

                              PETITION

1. Name and location of court which entered the judgment of conviction under
   attack _MONTGOMERY & ESCAMBIA CIRCUIT COURT_

2. Date of judgment of conviction _MAY 17, 2004 & FEBRUARY 14, 2005_

3. Length of sentence _N/A_          Sentencing Judge _N/A_

4. Nature of offense ~~or offense for which you were convicted~~:_____
   _DISCIPLINARY PROCEEDING_
   _____
   _____

5. What was your plea? (check one)
   (a) Not guilty  ( )
   (b) Guilty      ( )
   (c) Nolo contendere  ( )
   If you entered a guilty plea to one count or indictment, and a not guilty
   plea to another count or indictment, give details: _____
   _____N/A_____
   _____

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )   No ( )

8. Did you appeal from the judgment of conviction?  Yes ( )  No ( )

9. If you did appeal, answer the following:
   (a) Name of court *ALABAMA COURT OF CRIMENAL APPEALS*
   (b) Result *DENIED*
   (c) Date of result *MARCH 10, 2006*
   If you filed a second appeal or filed a petition for certiorari in the
   Supreme Court, give details: *PETITION FOR CERTIORARI DENIED*
   *JULY 14, 2006*

10. Other than a direct appeal from the judgment of conviction and sentence, have
    you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal? Yes (✓)  No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court *ALABAMA SUPREME COURT*
       (2) Nature of proceeding *PETITION FOR WRIT OF MANDAMUS*

       (3) Grounds raised
       *JUDGE TRACY McCOOEY FAIL OR REFUSED TO PREFORM A*
       *MENISTERIAL ACT.*


       (4) Did you receive an evidentiary hearing on your petition, application
       or motion?  Yes ( )  No (✓)
       (5) Result *DENIED*
       (6) Date of result *MARCH 31, 2005*
    (b) As to any second petition, application or motion give the same infor-
    mation:
       (1) Name of court *THE UNITED STATES DISTRICT COURT*
       (2) Nature of proceeding
       *1983-CIVIL RIGHT*
       (3) Grounds raised
       *CONSTITUTIONAL VIOLATION OF THE FOURTEENTH AMENDMENT*
       *TO THE UNITED STATES CONSTITUTION*


       (4) Did you receive an evidentiary hearing on your petition, application
       or motion?  Yes ( )  No (✓)
       (5) Result *DISMISSED*
       (6) Date of result *JANUARY 30, 2007*

(c)As to any third petition, application or motion, give the same infor-
    mation:
    (1) Name of court _____
    (2) Nature of proceeding _____

    (3) Grounds raised_____ N/A _____
        _____
        _____
        _____
        _____
        _____

    (4) Did you receive an evidentiary hearing on your petition, application
        or motion? Yes ( )  No ( )
    (5) Result_____
    (6) Date of result_____
(d) Did you appeal to the highest state court having jurisdiction the result
    of any action taken on any petition, application or motion:
    (1) First petition, etc.         Yes ( )  No ( ✓ )
    (2) Second petition, etc.        Yes ( )  No ( )
    (3) Third petition, etc.         Yes ( )  No ( )
(e) If you did not appeal from the adverse action on any petition, applica-
    tion or motion, explain briefly why you did not: _____
    _____
    _____ N/A _____
    _____
    _____
    _____

12. State concisely every ground on which you claim that you are being held
    unlawfully. Summarize briefly the facts supporting each ground.

    CAUTION:  In order to proceed in the federal court, you must ordinarily first
              exhaust your state court remedies as to each ground on which you
              request action by the federal court. As to all grounds on which you
              have previously exhausted state court remedies, you should set them
              forth in this petition if you wish to seek federal relief. If you
              fail to set forth all such grounds in this petition, you may be
              barred from presenting them at a later date.

    For your information, the following is a list of the most frequently raised
grounds for relief in habeas corpus proceedings. Each statement preceded by
a letter constitutes a separate ground for possible relief. You may raise
any grounds which you may have other than those listed if you have exhausted
all your state court remedies with respect to them. However, you should
raise in this petition all available grounds (relating to this conviction)
on which you base your allegations that you are being held in custody unlaw-
fully.

    If you select one or more of these grounds for relief, you must allege
facts in support of the ground or grounds which you choose. Do not check
any of the grounds listed below. The petition will be returned to you
if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

_SEE ATTACHED_

_SHEETS_

B. Ground two: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

C.  Ground three: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

D.  Ground four: _____

Supporting FACTS (tell your story briefly without citing cases of law): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously pre-
sented in any other court, state or federal state briefly what grounds were
not so presented, and give your reasons for not presenting them:_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

14.  Do you have any petition or appeal now pending in any court, either state
or federal, as to the judgment under attack?  Yes ( )  No (✓)

15.  Give the name and address, if known, of each attorney who represented you in
the following stages of the judgment attacked herein:
(a) At preliminary hearing_____
(b) At arraignment and plea        N/A_____

(c) At trial_____

(d) At sentencing_____

(e) On appeal _____

(f) In any post-conviction proceeding_____

(g) On appeal from any adverse ruling in a post-conviction proceeding:_____
_____
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ( )  No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )  No ( )
    (a) If so, give name and location of court which imposed sentence to be served in the future:_____
    (b) And give date and length of sentence to be served in the future:_____
    _____
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ( )  No ( )

    Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.


    _____
    Signature of Attorney (if any)

    I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _FEBRUARY 7, 2007_____.
                                              (date)

    _Tony Brooch_____
    Signature of Petitioner

## BRIEF HISTORY

1). PETITIONER FILED A PETITION FOR WRIT OF CERTIORARI TO BE ISSUED AGAINST ALABAMA DEPARTMENT OF CORRECTIONS AVERRING THEY ARE ARBITRARY AND MALICIOUS PROSECUTING INMATE(S) UNDER AN INVALID REGULATION WHICH GOVERNS DISCIPLINARY PROCEDURES (ADMINISTRATIVE REGULATION #403). THE PETITION WAS ADOPTED BY THE FIFTEENTH JUDICIAL COURT OF MONTGOMERY COUNTY (CASE No. CV-2004-0112-MC).

2). ON FEBRUARY 5, 2004, CIRCUIT JUDGE TRACY McCOOEY FILED AN ORDER FOR A SPECIAL REPORT IN CV-2004-0112, ALABAMA DE-PARTMENT OF CORRECTIONS "FAILED OR REFUSED" TO COMPLY WITH SAID COURT ORDER. APRIL 12, 2004, PETITIONER FILED A MOTION FOR JUDGMENT ON THE PLEADING AND MAY 5, 2004, A MOTION FOR SUMMARY JUDGMENT.

3). MAY 17, 2004, ALABAMA DEPARTMENT OF CORRECTIONS AFTER FAILING TO COMPLY WITH SAID COURT ORDER, FILED A MOTION TO CONVERT AND TRANSFER THE PETITION FROM THE CORRECT JURISDICTION. JUDGE McCOOEY GRANTED DEFENDANT'S MOTION OVER PETITIONER'S OBJECTIONS, WHEN IN FACT JUDGE McCOOEY HAD KNOWLEDGE THE DEFENDANT'S HAD DEFAULTED IN THE PLEADINGS.

4). AUGUST 3, 2004, CASE No. CV-2004-0112-MC, WAS CONVERTED TO HABEAS CORPUS PETITION ASSIGNED CASE No. CV-04-223.60 AND TRANSFERRED TO ESCAMBIA COUNTY.

5). DECEMBER 5, 2004, PETITIONER FILED WRIT OF MANDAMUS IN RE: JUDGE TRACY McCOOEY (CR-04-0386).

6). FEBRUARY 14, 2005, ESCAMBIA COUNTY FILED MOTION TO DISMISS, MOTION GRANTED MARCH 1, 2005.

7). PETITIONER FILED NOTICE OF APPEAL APRIL 1, 2005 (CR-04-1300), APPLICATION FOR REHEARING AND WRIT OF CERTIORARI.

8). THIS ACTION ENLISTS THE HELP OF THE FEDERAL COURT, AS PETITIONER'S LAST AVENUE OF HOPE, TO ENFORCE PETITIONER'S WELL ESTABLISHED, RECOGNIZED FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS AND EQUAL PROTECTION OF THE LAW.

9). YET BECAUSE PETITIONER IS UNFAVORED, UNPOPULAR, WITH NO POLITICIAL POWER, NO LOBBYING MECHANISM AND THE INABILITY TO RISE EITHER FUNDS OR PUBLIC CONSCIOUSNESS THE STATE HAVE IGNORED THE PETITIONER'S PLEA FOR JUSTICE AND TRAMPLED UPON HIS CLEARLY DEFENDED, UNDISPUTED FEDERAL CONSTITUTIONAL RIGHTS.

10). THIS ACTION DEMANDS THAT THE FEDERAL COURT IMPOSE THE RULE OF LAW WHICH IS IN CONFLICT WITH PRIOR DECISION AMONG STATE COURTS.

11) THERE ARE COMMON QUESTIONS OF LAW AND FACTS AFFECTING THE RIGHT OF PETITIONER.

1). WHETHER JUDGE McCOOEY ABUSED HER DISCRETION IN FAILURE TO PERFORM A MINISTERIAL ACT?

2). WHETHER THE TRIAL COURT LACK JURISDICTION OF THE SUBJECT MATTER?

3). WHETHER DUE PROCESS OF LAW IS VIOLATED IF THE STATE COURT REFUSE OR FAIL TO ADDRESS MERITS OF PETITION?

4). WHETHER WRIT OF CERTIORARI IS THE PROPER METHOD TO CHALLENGE AN ADMINISTRATIVE AGENCY PURSUANT TO THAT AGENCY'S RULES AND REGULATION?

5) WHETHER THE WRIT OF CERTIORARI WAS ERRONEOUSLY
CONVERTED AND TRANSFERRED?

A) GROUND ONE: VIOLATION OF PETITIONER'S FOURTEENTH AMENDMENT OF THE
UNITED STATES CONSTITUTION TO EQUAL PROTECTION OF LAW

JUDGE MᶜCOOEY ABUSED HER DISCRETION IN FAILURE TO PERFORM A
MINISTERIAL ACT. JUDGE MᶜCOOEY FAILED OR REFUSED TO RULE ON
PETITIONER'S MOTION FOR JUDGMENT ON THE PLEADING OR MOTION FOR
SUMMARY JUDGMENT. THESE MOTIONS SHOULD HAVE BEEN GRANTED AS
A MATTER OF LAW BECAUSE DEFENDANTS FAILURE TO REFUTE THE MERITS
OF PETITIONER'S PETITION. ACCORDING TO THE ALABAMA RULES OF
CIVIL PROCEDURE 56, THE JUDGMENT SOUGHT SHALL BE RENDERED FORTHWITH
IF THE PLEADING, DISPOSITION, ANSWER TO INTERROGATORIES, AND ADMISSIONS
ON FILE, TOGETHER WITH AFFIDAVITS, IF ANY "SHOW THAT THERE IS NO
GENUINE ISSUE AS TO ANY MATERIAL FACT." AND THAT THE MOVING PARTY
IS ENTITLED TO A JUDGMENT AS A MATTER OF LAW. BASIC RULE IS
THAT COURTS SHOULD APPLY LAW IN EFFECT AT THE TIME THEY
ARE CALLED ON TO RENDER DECISIONS. JUDGE MᶜCOOEY MINISTERIAL
DUTIES INVOLVES OBEDIENCE TO THE LAW, BUT INSTEAD JUDGE MᶜCOOEY
ABUSED HER DISCRETION IN NOT APPLYING THE LAW. JUDICIAL ETHICS
(CANON 3) STATES:

A) ADJUDICATIVE RESPONSIBILITIES:
(1) A JUDGE SHOULD BE FAITHFUL TO THE LAW AND
MAINTAIN PROFESSIONAL COMPETENCE IN IT. HE OR
SHE SHOULD BE UNSWAYED BY PARTISAN INTERESTS,
PUBLIC CLAMOR, OR FEAR OF CRITICISM.

(3)

B) GROUND TWO: <u>TRIAL COURT RENDERED A VOID JUDGMENT BECAUSE</u>

<u>COURT RENDERING JUDGMENT WAS WITHOUT JURISDICTION</u>:

ON MARCH 1, 2005, ESCAMBIA COUNTY JUDGE DISMISSED THE PETITION.
IN ACCORDING TO CODE OF ALABAMA 1975, SECTION 6-3-10, THE TRIAL
COURT (ESCAMBIA COUNTY) LACK JURISDICTION TO MAKE ANY FORM
OF JUDGMENT. FURTHERMORE, IT'S VERY CLEAR FROM SECTION
6-3-10, THAT <u>ALL ACTIONS</u> AGAINST ALABAMA DEPARTMENT OF CORRECTIONS
THE VENUE IS <u>MANDATED</u> AS MONTGOMERY COUNTY. ALSO SEE
SECTION 14-2-33 CODE OF ALABAMA 1975 (JURISDICTION OF ACTIONS),
IN WHICH IT STATES: ANY ACTION TO PROTECT OR ENFORCE ANY RIGHTS UNDER

THE PROVISIONS OF THIS CHAPTER SHALL BE BROUGHT

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA.


C). GROUND THREE: <u>VIOLATION OF PETITIONER'S FOURTEENTH AMENDMENT</u>

<u>OF THE UNITED STATES CONSTITUTION</u> (DUE PROCESS)

PETITIONER STATES THAT JURISDICTION BECAME A KEY ELEMENT ON THE
TRIAL AND APPEAL LEVEL, HOWEVER THE STATE COURT REFUSED OR FAIL TO
ADDRESS THE MERITS CONCERNING THE JURISDICTIONAL ISSUE. THE RECORD
WILL REVEAL THAT NEITHER COURT FULLY ADDRESS PETITIONER'S
JURISDICTIONAL CLAIM. FEDERAL HABEAS COURT SHOULD CONDUCT **HEARING**
ON FACTUAL QUESTIONS ONLY IF STATE DID NOT CONDUCT FULL,
FAIR AND ADEQUATE HEARING. THE CIRCUIT COURT AND APPEAL COURT
<u>FAILED</u> TO MAKE SPECIFIC FINDING OF FACTS RELATING TO THE
JURISDICTIONAL ISSUE CONCERNING THE TRANSFERRING OF PETITION,
WHICH DENIED THE COURT A REVIEW TO DETERMINE THE MERITS OF
THE PETITION. THESE FINDING OF FACTS ARE NECESSARY TO AFFORD THE
PETITIONER DUE PROCESS OF LAW.

(4)

D). GROUND FOUR: VIOLATION OF PETITIONER'S FOURTEENTH AMENDMENT OF THE
            UNITED STATES CONSTITUTION (EQUAL PROTECTION OF THE LAW).

JUDGE McCOOEY GRANTED THE DEFENDANTS A MOTION TO CONVERT AND TRANSFER

THE WRIT OF CERTIORARI WITH THE KNOWLEDGE THAT DEFENDANTS HAD

DEFAULTED IN THE PLEADINGS. IN THE ABSENCE OF A RIGHT TO APPEAL OR

OTHER ADEQUATE REMEDY, THE WRIT OF CERTIORARI LIES TO REVIEW THE RULINGS

OF AN ADMINISTRATIVE BOARD OR COMMISSION. THE ALABAMA DEPARTMENT

OF CORRECTIONS HAS NO MEANS OF APPEAL IN DISCIPLINARY PROCEDURES.

THIS MISCARRIAGE OF JUSTICE PERFORMED BY JUDGE McCOOEY IS IN

CLEAR VIOLATION OF ALABAMA ADMINISTRATIVE PROCEDURE ACT, 41-22-1 et SEQ..

THE COURTS (ESCAMBIA, MONTGOMERY AND CRIMINAL APPEALS) ARE IN

CONFLICT WITH PRIOR DECISION IN THERE RULING CONCERNING THE

PURPOSE OF A WRIT OF CERTIORARI. THESE COURT HAVE MISS CONSTRUED

THE FACTS OF PETITIONER'S WRIT IN WHICH PETITIONER REQUESTED

A JUDICIAL REVIEW OF THE PROCEDURES OF REGULATION #403,

WHICH GOVERNS DISCIPLINARY PROCEDURES. JUDGE McCOOEY

ABUSED HER DISCRETION IN ERRONEOUSLY CONVERTING AND TRANSFERRING

THE WRIT OF CERTIORARI ONCE THE DEFENDANTS HAD DEFAULTED IN

THE PLEADINGS.

## REQUESTED RELIEF

1). REQUEST APPOINTMENT OF COUNSEL

2) REQUEST COURT ORDER THAT DEFENDANT EXPUNGE ALL DESCIPLINARIES AND ALL REFERENCE DESCIPLINARIES CONVICTIONS FROM ALABAMA BOARD OF PARDONS & PAROLES FILE, ALABAMA DEPARTMENT OF CORRECTIONS CENTRAL RECORDS FILES AND PRISON FILE.

3). RESTORE BACK TO ORIGINAL SECURITY LEVEL

4). ORDER DEFENDANTS ALL COST INCLUSING ATTORNEY FEE

5). FOR SUCH OTHER LEGAL AND EQUITABLE RELIEF THE COURT MAY DEEM NECESSARY TO CORRECT THE VIOLATIONS.



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.87⁰
02 1A
0004309410
FEB 20 2007
MAILED FROM ZIPCODE 36502

MR. TONY BROWN
#182351    H-1-46A
FOUNTAIN CORR. FAC. 3800
ATMORE, AL 36503

CLERK of THE UNITED STATES
DISTRICT COURT
PO BOX 711
MONTGOMERY, AL
36101